UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORIS DAVIS, et al.,

    Plaintiffs,

v.

U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,

    Defendants.

Case No. 16-cv-06258-TEH

**ORDER RE: PROPOSED PROTECTIVE ORDER**

The parties have adequately explained all but one proposed modification from the Northern District's form protective order: removing from paragraph 7.2(f) the requirement that deposition witnesses sign the "Acknowledgment and Agreement to Be Bound." Defendants' declaration, ECF No. 58-2, is silent as to this paragraph. Plaintiffs' declaration states the following:

> Plaintiffs revised Paragraphs 7.2(a), (b) & (f) to delete the provisions that require certain persons, including employees of Sidley Austin LLP and NVLSP, to sign Exhibit A. Sidley Austin LLP and NVLSP have numerous employees who may perform secretarial or litigation support roles from time to time, and who are already under a duty not to disclose matters on which they perform services.

ECF No. 58-1 at ¶ 3. While the stated rationale applies to paragraphs 7.2(a) and (b), which concern counsel, officers, directors, and employees, paragraph 7.2(f) concerns deposition witnesses, some of whom may not fall into those categories. Accordingly, IT IS HEREBY ORDERED that counsel shall file, by **June 29, 2017**, a supplemental declaration explaining the basis for modifying paragraph 7.2(f).

**IT IS SO ORDERED.**

Dated: 06/26/17

_____
THELTON E. HENDERSON
United States District Judge