UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS DAVIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | Case No. 16-cv-06258-TEH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER OF REFERENCE** |

The Court has reviewed the parties' joint case management conference statement (ECF No. 60) and agrees with Defendants that a brief continuance is appropriate. Accordingly, the June 29, 2017 case management conference is HEREBY CONTINUED to **July 31, 2017, at 1:30 PM**. The parties shall file a joint case management conference statement on or before **July 24, 2017**.

IT IS FURTHER ORDERED that all discovery disputes are hereby referred to a magistrate judge.

**IT IS SO ORDERED.**

Dated: 06/27/17

_____
THELTON E. HENDERSON
United States District Judge