1 | CHAD A. READLER
2 | Acting Assistant Attorney General
  | LESLEY FARBY
3 | Assistant Branch Director
  | NIKHEL S. SUS (D.C. Bar No. 1017937)
4 | M. ANDREW ZEE (CA Bar No. 272510)
5 | Trial Attorneys
  | U.S. Department of Justice
6 | Civil Division, Federal Programs Branch
  | 20 Massachusetts Avenue N.W.
7 | Washington, D.C. 20530
  | Tel.:   (202) 514-2071
8 | Fax:   (202) 616-8470

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| DORIS DAVIS, and MARION GRANT, | CASE NO. 16-cv-6258 (JD) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS, OR, ALTERNATIVELY, FOR PARTIAL JUDGMENT ON THE PLEADINGS AND TO STRIKE CLASS ALLEGATIONS** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

Upon consideration of Defendants' Motion to Dismiss, or Alternatively, for Partial Judgment on the Pleadings and to Strike Class Allegations, and for good cause shown, it is

ORDERED that the Motion is GRANTED. It is further

ORDERED that the Complaint is DISMISSED.

SO ORDERED.

_____
Hon. James Donato
United States District Judge

DATED: